IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS RAPAK, *Individually and on behalf of all others similarly situated,* | : : : : | |
| *Plaintiff* | : : | CIVIL ACTION |
| v. | : : | |
| WAWA, INC., | : : | No. 19-6019 and all related cases |
| *Defendant* | : | |

**STANDING ORDER**

**PLEASE READ THIS ORDER CAREFULLY. IT GOVERNS THIS CASE. THE TERM "COUNSEL," AS USED IN THIS ODER, INCLUDES PARTIES APPEARING *PRO SE*.**

**AND NOW**, this 14th day of January, 2020, it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to change the title of the Civil Action No. 19-6019 to *In re Wawa, Inc. Data Breach Litigation*. Civil Action No. 19-6019 will henceforth be the "Lead Case."

2. Any and all cases related to Civil Action No. 19-6019, the Lead Case, filed before, on the same date of, or after the docketing of the Court's Consolidation Order of January 8, 2020 (Doc. No. 9) in Civil Action No. 19-6019, shall be consolidated pursuant to Local Rule 40.1(c) with and placed on the docket of the Lead Case.

3. The Clerk of Court is **DIRECTED** to transfer all parties to the docket of the Lead Case who appear in any and all related cases filed before, on the same date of, or after the docketing of the Court's Consolidation Order of January 8, 2020 in the Lead Case.

4. The Clerk of Court is **DIRECTED** to add all counsel to the docket of the Lead Case who have or will have entered a notice of appearance in any and all of the related cases filed

before, on the date of, or after the docketing of the Court's Consolidation Order of January 8, 2020 in Civil Action No. 19-6019.

5. Any counsel seeking admission *pro hac vice*, who have not yet moved or been granted admission, shall file their *pro hac vice* motions in the Lead Case only.

6. The Clerk of Court shall mark any and all related cases subject to this Standing Order, filed before, on the same date of, or after the Consolidation Order of January 8, 2020 in Civil Action No. 19-6019, with the flag "19-6019-GEKP."

7. The Clerk of Court shall mark **CLOSED** for statistical purposes any and all cases that have been designated related to Civil Action No. 19-6019 and that shall henceforth be designated related to and consolidated with the Lead Case.

8. The parties are instructed to file all documents relevant to any case that has been and will be henceforth designated related and consolidated with Civil Action No. 19-6019 **only** on the docket of Civil Action No. 19-6019.

9. The parties are further instructed to check the docket of Civil Action No. 19-6019 for any orders, including scheduling orders, and any applicable deadlines that shall govern this litigation.

10. The Clerk of Court shall place this Standing Order on the dockets of any and all related cases marked with the flag "19-6019-GEKP."

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE
