IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREATER CINCINNATI CREDIT UNION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAWA, INC. | : | NO.: 20-cv-0722 |

## O R D E R

**AND NOW**, this **26th** day of **AUGUST 2024,** in accordance with Local Civil Rule 40.1(c) (2), it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the calendar of the Honorable Kelley Brisbon Hodge, as related to *In Re: Wawa, Inc. Data Security Litigation* Civil No. 19-6019.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

/s/George Wylesol
GEORGE WYLESOL
Clerk of Court